United States District Court
Southern District of Texas

**ENTERED**

March 20, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

BONITA G.,                              §
                                        §
                Plaintiff,              §
                                        §
v.                                      §
                                        §   CIVIL ACTION NO. H-24-4152
FRANK BISIGNANO,[1]                     §
*Commissioner of the Social Security*   §
*Administration*,                       §
                                        §
                Defendant.              §

**MEMORANDUM AND OPINION ADOPTING
REPORT AND RECOMMENDATION**

Bonita G. filed this case under the Social Security Act, 42 U.S.C. § 405(g), seeking review of the Commissioner's final decision denying her claims for disability insurance benefits under Title II of the Social Security Act (the Act), 42 U.S.C. §§ 416 (i) and 423, and supplemental security income under Title XVI of the Act, 42 U.S.C. § 1382c(a)(3). The parties filed cross-motions for summary judgment. (Docket Entry Nos. 8, 15, 16). The court has reviewed the Report and Recommendation of Magistrate Judge Dena Hanovice Palermo recommending granting the plaintiff's motion for summary judgment, denying the Commissioner's motion for summary judgment, and remanding to the Commissioner for the calculation and award of benefits. (Docket Entry No. 17). No objections to Judge Palermos's ruling have been filed. After considering the pleadings, the record, and the applicable law, the court adopts Judge Palermo's Report and Recommendation.

---

[1] Frank Bisignano was sworn in as the Commissioner of Social Security in May 2025. Bisignano is "automatically substituted" as the defendant in this suit. FED. R. CIV. P. 25(d); *see also* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

The plaintiff filed a claim for disability insurance benefits and supplemental security income on October 19, 2021, alleging disability beginning June 24, 2021.  Following the denial of her claims and a subsequent request for reconsideration, plaintiff requested a hearing before an Administrative Law Judge.  Plaintiff appeared with counsel at a second hearing on July 18, 2023, at which she and a vocational expert testified.  On August 2, 2023, the ALJ issued a decision denying plaintiff the benefits she sought.  Upon denial of review, the ALJ's decision became the final decision of the Commissioner.  *See* 20 C.F.R. §§ 404.981, 416.1481.

In a detailed opinion, Judge Palermo analyzed the record and the law, recommending granting the plaintiff's motion for summary judgment and denying the Commissioner's motion for summary judgment.  Judge Palermo recommended that the case be remanded for further calculation and award of benefits.

The court finds that Judge Palermo properly considered the evidence and correctly applied the applicable law.  The report and recommendation of Judge Palermo is adopted as this court's memorandum and opinion.  An order of remand to the Commissioner is separately entered.

SIGNED on March 20, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge